UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GENBAND US LLC, GENBAND IRELAND LTD., GENBAND CANADA ULC, AND GENBAND INTERNATIONAL HOLDING COMPANY, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:13-cv-612 |
| v. | § § | |
| COMMUNICATIONS TEST DESIGN, INC., | § | |
| Defendant. | | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs GENBAND US LLC, GENBAND Ireland Ltd., GENBAND Canada ULC, and GENBAND International Holding Company, and Defendant Communications Test Design, Inc., stipulate and agree that the above-captioned matter is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

    *s/ Van H. Beckwith*
Van H. Beckwith, Attorney-in-Charge
State Bar No. 02020150
John B. Lawrence
State Bar No. 24055825
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
van.beckwith@bakerbotts.com
john.lawrence@bakerbotts.com

Clyde M. Siebman
State Bar No. 18341600
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, Texas 75090
Telephone: (903) 870-0070
Facsimile: (903) 870-0066
clydesiebman@siebman.com

***Counsel for Plaintiffs GENBAND US LLC, GENBAND Ireland Ltd., GENBAND Canada ULC, and GENBAND International Holding Company***


 *s/Charles W. Schwartz*   (by permission)

Charles W. Schwartz, Attorney-in-Charge
State Bar No. 17861300
charles.schwartz@skadden.com
Heather A. Lohman
State Bar No. 24027008
heather.lohman@skadden.com
SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP
1000 Louisiana, Suite 6800
Houston, Texas 77002
Telephone: (713) 655-5100
Facsimile: (713) 655-5200

Guy N. Harrison
State Bar No. 00000077
guy@gnhlaw.com
LAW OFFICES OF GUY N. HARRISON
217 North Center Street
Longview, Texas 75601
Telephone: (903) 758-7361
Facsimile: (903) 753-9557

***Counsel for Defendant Communications Test Design, Inc.***

## CERTIFICATE OF SERVICE

      On March 18, 2014, the foregoing document was filed electronically in compliance with Local Rule 5.1(e), and as such was served on all counsel who have consented to electronic service.

                                              */s/ Van H. Beckwith*
                                              Van H. Beckwith